# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cutberto R.P.,

        Petitioner,

   v.

Todd Blanche, et al.,[1]

        Defendants.

**ORDER DISMISSING
SECOND PETITION FOR WRIT
OF HABEAS CORPUS**
Civil File No. 26-01934 (MJD/DTS)

Taylor Jon Volkman, I, Carthew & Volkman, PLLC, Counsel for Petitioner.

Trevor Brown, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On April 10, 2026, the Court granted Petitioner Cutberto R.P.'s Second Petition for Writ of Habeas Corpus. **[Doc. 11.]** As part of that Order, the parties were required to immediately release Petitioner without conditions and with all his personal effects seized during his arrest, as well as notify the Court within 48 hours to confirm that the release occurred.

---

[1] On April 2, 2026, Todd Blanche became Acting Attorney General, replacing Pamela Bondi. The Court substitutes him as a respondent in his official capacity. Fed. R. Civ. P. 25(d).

On April 13, 2026, Respondents provided a status update informing the Court that Petitioner Cutberto R.P. was released with all of his personal property.  **[Doc. 13.]**

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Cutberto R.P.'s Second Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  April 21, 2026                          s/Michael J. Davis
                                                Michael J. Davis
                                                United States District Court